ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
JAMIE M. KURTZ (SBN 255271)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:  aanderson@rmkb.com
 tskelton@rmkb.com
 jkurtz@rmkb.com

Attorneys for AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYSE SEN,<br><br>                Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | CASE NO.  12CV02878 AJB (BGS)<br><br>**ANSWER TO COMPLAINT**<br><br>Judge:         Anthony J. Battaglia<br>Magistrate:  Bernard G. Skomal |

1. Amazon admits that it has used the word "baiden" as a keyword. Amazon denies that it did not have authorization to do so, and further denies that authorization was required in any event.

2. Amazon admits that it has used the word "baiden" as a keyword, and that Plaintiff has complained to Amazon. Amazon denies the remaining allegations in paragraph 2.

3. Amazon admits that it has used the word "baiden" as a keyword, and that Plaintiff has complained to Amazon. Amazon denies the remaining allegations in paragraph 3.

4. Amazon admits that Plaintiff has complained to Amazon. Amazon denies the remaining allegations in paragraph 4.

5.  Amazon admits that it received letters from attorneys on Plaintiff's behalf and e-mails from Plaintiff. Amazon denies the remaining allegations in paragraph 5.

6.  Amazon is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of paragraph 6 and therefore denies them.

7.  Amazon denies the allegations in paragraph 7.

8.  Amazon admits that its search engine uses a proprietary algorithm using a variety of data in an attempt to provide customers with the products most relevant to the term or terms that the user inputs into the search, and that all products displayed in connection with any such search have their brand names clearly shown both in the title and in the description of the product, and none of those brand names are even remotely similar to "baiden." Amazon denies the remaining allegations in paragraph 8.

9.  Amazon denies the allegations in paragraph 9.

10. Amazon admits that Plaintiff has complained to Amazon. Amazon denies the remaining allegations in paragraph 10.

11. Amazon admits that it has used the word "baiden" as a keyword, and that Plaintiff has complained to Amazon. Amazon denies the remaining allegations in paragraph 11.

12. Amazon denies the allegations in paragraph 12.

**First Cause of Action:
Federal Trademark Infringement**

13. No response is required to paragraph 13.

14. Amazon denies the allegations in paragraph 14.

**Second Cause of Action:
Federal Unfair Competition, False Designation of Origin, Passing Off and False Advertising**

15. Amazon denies the allegations in paragraph 15.

16. No response is required to paragraph 16.

17. Amazon is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

18. Amazon denies the allegations in paragraph 18.

19. Amazon denies the allegations in paragraph 19.

20. Amazon denies the allegations in paragraph 20.

**Plaintiff's prayer for relief:**

Amazon denies that Plaintiff is entitled to any relief.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action)**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Fair Use)**

Plaintiff's claims are barred because any use by Amazon, if any, of Plaintiff's marks is nominative fair use of the marks or a descriptive fair use of the marks.

**THIRD AFFIRMATIVE DEFENSE**

**(No use)**

Plaintiff's claims are barred because the BAIDEN mark does not appear on any product listing where a competing product is displayed; the brand name of any

competing product is clearly displayed.

## FOURTH AFFIRMATIVE DEFENSE
### (Permission/consent/authorization)

Plaintiff's claims are barred because Plaintiff gave Amazon a permanent, irrevocable license to use the Baiden mark when she contracted with Amazon to be a seller on amazon.com.

## FIFTH AFFIRMATIVE DEFENSE
### (No punitive damages)

Plaintiff's claims for punitive damages are barred because punitive or exemplary damages are not provided for in the Lanham Act.

## SIXTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Plaintiff's claims for damages are barred by her failure to mitigate.

## PRAYER FOR RELIEF

Amazon.com requests entry of judgment in its favor and prays that the Court:

1. Dismiss Plaintiff's complaint with prejudice;
2. Award Amazon.com its costs;
3. Award Amazon.com its reasonable attorney fees and expenses, as permitted by law, and;
4. Grant Amazon.com other and further relief as the Court may deem just and proper.

| | | |
|---|---|---|
| Dated: | March 21, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |

By:/s/ *Timothy L. Skelton*
    ALLAN E. ANDERSON
    TIMOTHY L. SKELTON
    JAMIE M. KURTZ
    Attorneys for AMAZON.COM, INC.