1  ALLAN E. ANDERSON (SBN 133672)
2  TIMOTHY L. SKELTON (SBN 200432)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
   Telephone:  213.629.7400
4  Facsimile:  213.629.7401
   Email:       allan.anderson@arentfox.com
5               timothy.skelton@arentfox.com

6  Attorneys for Defendant
   AMAZON.COM
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 AYSE SEN,                         Case No.  CV-12-02878-AJB (BGS)

12                                   **DEFENDANT AMAZON.COM'S
                                     NOTICE AND MOTION FOR
13                 Plaintiff,        ENFORCEMENT OF
                                     SETTLEMENT AGREEMENT;
14 v.                               MEMORANDUM OF POINTS AND
                                     AUTHORITIES**
15 AMAZON.COM,
                                     [*Concurrently filed with Declaration of
16                                   Allan E. Anderson*]

17                 Defendant.        Date:  November 22, 2013
                                     Time: 2:00 p.m.
18                                   Courtroom:  12

19                                   Judge:  Anthony J. Battaglia
                                     Magistrate:  Bernard G. Skomal
20

21

22

23

24

25

26

27

28

LA/1569864.1

DEFENDANT AMAZON.COM'S NOTICE AND
MOTION FOR ENFORCEMENT OF
SETTLEMENT AGREEMENT

**TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 22, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Anthony J. Battaglia in Courtroom 12 of the above-entitled Court, located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Amazon.com will and does move for the enforcement of the parties' settlement agreement.

Amazon bases its motion on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; the concurrently filed Declaration of Allan E. Anderson; all pleadings and records on file in this action; any matters of which the Court may take judicial notice; and such other evidence and/or argument as may be presented to this Court at the hearing on this Motion.

Dated:        September 30, 2013          ARENT FOX LLP

                                 By:
                                    ALLAN E. ANDERSON
                                    TIMOTHY L. SKELTON
                                    Attorneys for Defendant
                                    AMAZON.COM

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

DEFENDANT AMAZON.COM'S NOTICE AND
MOTION FOR ENFORCEMENT OF
SETTLEMENT AGREEMENT

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ................................................................................1

II.     FACTS ..............................................................................................1

        A.      Ms. Sen's Complaint and the Settlement Agreement ...........1

        B.      Amazon's Unsuccessful Efforts to Enter a Long-Form
                Agreement ............................................................................2

III.    ARGUMENT .....................................................................................3

        A.      This Court has the Power to Enforce the Settlement Agreement ........3

        B.      Ms. Sen's Refusal to Enter Into Long-Form Agreement
                Mandates Enforcement of Settlement's Terms ...................4

IV.     CONCLUSION ..................................................................................5

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV13-05355-BRO (EX)

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## INTRODUCTION

More than two months ago, this Court adopted a judicially enforceable Settlement Agreement, requiring, among other things, that Ms. Sen dismiss her lawsuit with prejudice and that the parties would work on executing a long-form of their agreement but in its absence the Settlement Agreement would control.

Since that time, Amazon has worked tirelessly to enter into a mutually agreeable long-form agreement, but Ms. Sen's insistence on adding terms going beyond those in the Settlement Agreement  have led to a stalemate.  And without a long-form agreement containing those additional terms, Ms. Sen has refused to dismiss her suit.  Amazon therefore asks this Court to enforce the Settlement Agreement and order the dismissal of Ms. Sen's Complaint with prejudice.

## II.
## FACTS

### A.   Ms. Sen's Complaint and the Settlement Agreement

On December 4, 2012, Ms. Sen  filed a complaint against Amazon claiming trademark infringement, unfair competition, and false advertising arising from Amazon's use of the term "baiden" as a keyword for online pay-per-click promotions on various internet search engines.   A Neutral Evaluation Conference took place on May 7, 2013.  Although the initial Neutral Evaluation Conference was unsuccessful in settling the matter, the parties appeared for a second Neutral Evaluation Conference before the Court on July 9, 2013.  With the assistance of the Court, the parties were able to successfully reach a settlement of the matter.  The settlement is reflected in the minute entry following the conference:

> Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Early Neutral Evaluation Conference held on 7/9/2013, Case Management Conference held on 7/9/2013. The case has settled. Written Order to follow. (Plaintiff Attorney Ayse Sen). (Amazon Attorney Allan Anderson). (All non-registered users

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

AMAZON.COM'S NOTICE AND MOTION FOR
ENFORCEMENT OF SETTLEMENT
AGREEMENT

1

2

> served via U.S. Mail Service)(no document attached) (mgo)
> (Entered: 07/09/2013)

3   That same day, the parties signed and executed a Settlement Memorandum of

4   Understanding ("Settlement"), "agree[ing] to a settlement on the following material

5   terms and conditions, all of which [were] set forth" in the Settlement. (*See* Decl.

6   Anderson ¶ 2, Ex. A)  Amongst the terms was Ms. Sen agreeing to "a release of all

7   claims, including C.C.P. § 1542 waiver, and a dismissal with prejudice of the above

8   entitled action." (*Id.*)  The parties also envisioned Amazon "prepar[ing a] long form

9   agreement subject to mutual consent," but that entry into such a long-form

10   agreement was not necessary because the Settlement's terms would still "rule[]."

11   (*Id.*)  The Settlement expressly provided that "the Court" "retain[ed] jurisdiction to

12   enforce the settlement for a period of 1 year." (*Id.*)   Finally, both parties

13   "acknowledge[d] and agree[d] that this settlement was made before the Court and is

14   binding and judicially enforceable." (*Id.*)

15   **B.**   **Amazon's Unsuccessful Efforts to Enter a Long-Form Agreement**

16   On August 14, 2013, Amazon sent Ms. Sen a proposed long form agreement

17   . (*See* Decl. Anderson ¶ 3, Ex. B).  On August 17, 2013, Ms. Sen submitted a

18   counter-proposal that included a damage calculator provision to apply to any

19   alleged future infringement, and included a provision prohibiting Amazon from

20   denying Ms. Sen's use of its platform for any reason except a violation of its rules.

21   (*See* Decl. Anderson ¶ 4, Ex. C).  On August 21, 2013, Amazon's counsel

22   responded , that the counter-proposal went beyond what the parties had agreed to in

23   the Settlement, that the amendments were unacceptable, and that in the absence of a

24   long form, the terms of the Settlement would control. (*See* Decl. Anderson ¶ 5, Ex.

25   D)  On August 22, 2013, Ms. Sen replied that the parties' "understanding" of the

26   Settlement was "different" and insisted on a "long agreement" containing a

27   provision "that the same or similar violations will not be repeated by Amazon . . .

28   and does not give me security for the recovery of monetary damages that occurred .

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

- 2 -

AMAZON.COM'S NOTICE AND MOTION FOR
ENFORCEMENT OF SETTLEMENT
AGREEMENT

1   . . . during the past 29 months." (*See* Decl. Anderson ¶ 6, Ex. E).

2       On August 26, The Court conducted a Settlement Disposition Conference,

3   and on September 9, follow up conference . The minute entry for the last

4   Settlement Disposition Conference is reproduced below:

| 09/12/2013 | 9 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Settlement Disposition Conference held on 9/9/2013. The parties could not agree to the terms of the settlement originally agreed to and signed in the settlement memorandum of understanding at the ENE. Defendant informed the Court that Defendant wished to file a Motion to Enforce the Settlement Agreement. Defendant shall file a Motion to Enforce the Settlement Agreement on or before 9/30/2013. (Defendant Attorney Allan Anderson). (All non-registered users served via U.S. Mail Service)(no document attached) (jpd) Modified on 9/12/2013 to correct the date of hearing(tml). (cge). (Entered: 09/12/2013) |
|---|---|---|

Amazon asks the Court for:

A.   Entry of an Order dismissing Plaintiff's Complaint with Prejudice; and

B.   Entry of an Order requiring each party to bear their own costs.

## III.
## ARGUMENT

### A.   This Court has the Power to Enforce the Settlement Agreement

The Settlement Agreement, by its terms, is judicially enforceable. *See* Decl.
Anderson, Ex. A ("The Court to retain jurisdiction to enforce the settlement for a
period of 1 year"). The Court approved and adopted the Agreement in its entirety,
maintaining jurisdiction for enforcement purposes. Plainly, this Court has the
authority, as well as the obligation, to enforce the Agreement. *See Kokkonen v.*
*Guardian Life Ins. Co.*, 511 U.S. 375, 380-381 (1994)(observing that federal courts
have the power to enforce settlement agreements reached in federal proceedings "if
the parties' obligation to comply with the terms of the settlement agreement" is
accomplished through a "retaining jurisdiction" provision "over the settlement
agreement") ; *cf. Jones v. McDaniel*, 717 F.3d 1062, 1067 (9th Cir. 2013)(outlining
mechanics of federal court's enforcement of settlements reached in proceedings

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

- 3 -

AMAZON.COM'S NOTICE AND MOTION FOR
ENFORCEMENT OF SETTLEMENT
AGREEMENT

before it).

**B.     Ms. Sen's Refusal to Enter Into Long-Form Agreement Mandates Enforcement of Settlement's Terms**

The Settlement makes plain that if the parties could not enter into a mutually agreeable long-form agreement that the terms of the Settlement would control.  For the past two months the parties have engaged in discussions over a long-form agreement.  Unfortunately those discussions have broken down after Ms. Sen's insistence that the long-form agreement contain provisions going well-beyond those recited in the Settlement.

Ms. Sen has termed her additional provisions as consistent with the Settlement, but that is far from the case.  There was *nothing* in the Settlement about providing damage calculators for possible future violations or restrictions on Amazon from ever being able to exercise its inherent authority to control who can and cannot place items for sale on its own proprietary platform.  The only items mentioned in the Settlement beyond the dismissal of Ms. Sen's claims with prejudice and each side bearing their own costs was (i) a resolution procedure to be followed by both sides to expeditiously resolve any disputes should Ms. Sen, in the future, claim any infringement of her mark and (ii) a notice period for Ms. Sen to provide Amazon if she ever in the future decided to terminate her business with Amazon.

Regardless, it has become clear that after two months the parties have been unable to enter into a mutually agreeable long-form agreement.  Ms. Sen has admitted in her correspondence with defense counsel that the parties are at an impasse on the long-form agreement due to each side having a "different" "understanding" about the scope of the Settlement.  In light of this impasse, the Settlement mandates that its terms "rule," which would include the dismissal of Ms. Sen's claims with prejudice and that each side bear their own costs.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

- 4 -

AMAZON.COM'S NOTICE AND MOTION FOR
ENFORCEMENT OF SETTLEMENT
AGREEMENT

# IV.
## <u>CONCLUSION</u>

The parties have a judicially enforceable settlement agreement.  Amazon asks this Court to enforce the settlement, and order this case dismissed.

Dated:          September 30, 2013          **ARENT FOX LLP**

By: _____
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1569864.1

- 5 -

AMAZON.COM'S NOTICE AND MOTION FOR
ENFORCEMENT OF SETTLEMENT
AGREEMENT