

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ayse Sen | Civil Action No.   12CV2878-BGS |
| Plaintiff, | |
| V. | |
| Amazon.com, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's Motion to Enforce the Settlement Agreement, as embodied by the Settlement MOU, and judgment for the defendant on the terms set forth in the MOU is ordered.

Date:   12/1/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Sutton

D. Sutton, Deputy